Our visiting judge, James Otero, from the District Court based in Los Angeles, California. He volunteered to sit with us, and we're pleased to have him on this panel and assisting our court. Our judges frequently sit with other courts, and we find the reciprocal arrangement to be of great help to the court. So we recognize his service, and we thank him for visiting with us. Thank you. Before we address the arguments in the Abbott case, I have a separate piece of business having to do with the admission to the bar of our court of several individuals. They are seated here. Namely, my three law clerks, John Lee, Rachelle Thompson, and Christy Rupert. If you will come forward to the podium. Since I can't preside and be the movement at the same time, Judge Dyke will preside over the motion proceeding. Judge Dyke, I have a motion to present to the court. To Judge Michel, your motion. I move the admission of the three named individuals to be admitted and sworn as members of the bar of the Court of Appeals for the Federal Circuit. I certify that they, in each case, are a member of the highest court in their respective states, and that they are fully qualified by reason of training and experience, as well as state bar admission to be admitted to this court. I certify their good character, as well as their legal learning. Judge Otero, shall we grant the motion? Absolutely. The motion is granted, and Mr. Lee, Ms. Thompson, Ms. Rupert, welcome to the bar of this court. Congratulations. The clerk will administer the oath. Thank you, and we hope that we'll see you before too long standing at the podium arguing cases as many former clerks have done, and I also observe that the best fringe benefit of being a federal judge, trial, or appellate is having law clerks, so thank you for your service and your good company. Congratulations. We have three cases before the panel this morning. Two are being submitted on the briefs today without oral argument. They are, namely, Appeal Number 06-7378, Collins v. Department of Veterans Affairs, and Appeal Number 06-3345, Caracciolo v. Office of Personnel Management. We'll hear argument now in Abbott Labs, Appeal Number 07-1019. Counsel, good morning. Good morning. Welcome. Please proceed. I will address two errors from the district court this morning. The district court's assumption of jurisdiction and its failure to give appetects the opportunity to fully present the case once it is in jurisdiction. On the first point, the district court had no jurisdiction to attempt proceeding when there were no acts that had occurred in violation of its prior injunction. That injunction prohibited the commercial manufacture, use, sale, offer for sale, or importation of the Dibacrode sodium that had been found to be infringing. There's no dispute here that those acts have not occurred. The original injunction also prohibited FDA from finally approving the Torfarm ANDA that had been the subject of the original litigation, and there's no contention here that that was not about to occur. But wouldn't the injunction also bar the FDA from approving an ANDA for an equivalent drug? You mean a bioequivalent drug? Yeah, something that was not colorably different from the original. Wouldn't the injunction reach that? In other words, wouldn't the FDA be prohibited under the injunction from approving a virtually identical product that was the subject of a new ANDA? Well, the first response to that is that under the statutes, Congress expressly limited the remedy available in Hatch-Waxman cases. Well, we're not talking about remedies. We're talking about jurisdiction. You're saying that the District Court in the proceeding on appeal utterly lacked jurisdiction. Yes, sir. And then the reason you seem to give is that the remedies of the Hatch-Waxman Act are limited. I don't understand the connection. The District Court has no authority to enjoin Apotex or anybody else from filing a new ANDA and taking FDA approval of that new ANDA. Why not? Because the statute doesn't permit it. It doesn't need the statute. It's enforcing its earlier judgment. It has inherent authority to enforce earlier judgments. It has statutory authority under the All Writs Act and other statutes to enforce its prior judgment. Right, but its prior judgment, the issue that was before the District Court in the prior decision was does this Torfarm ANDA product infringe at its patent? And here, this is a new ANDA that the District Court took jurisdiction. Let's address some of Judge Posner's concerns. How do we stop a party from securing a straw man, refiling a new ANDA, describing a generic identical to a drug which was the subject of prior litigation? How do we address those concerns? The issue here is not that Apotex took the old ANDA, slapped a new cover on it, and refiled it. What Apotex did here was they went back, they attempted to design around the patent, which they were entitled to do. And the way in which they went through that design around path is they took the product and it resulted in water, which experts have said is going to destroy the enigma. I'm sorry, that's not the findings of Judge Posner. And in many ways, the most troubling aspect of the case, at least from a trial court's perspective, and I sit on a trial court, is the findings of Judge Posner. And Judge Posner, on page 840 of his opinion, said that Mr. Sherman made only minor modifications unsupported by any scientific rationale. It behooved him to conduct scientific testing. It's fair to conduct any scientific testing in cavalier disregard for judicial findings of work, the antithesis of good faith. Right, and let me respond to that. Because what Judge Posner, and I interpret that passage you're talking about there as being concerned about, is that Apotex had not, in advance, done product-to-product comparison testing between the Torp Farm product and the new farm product. The problem, though, is why would Apotex have done that type of analysis when it had not commercially manufactured, used, sold, offered for sale, or imported dimethyl peroxodium into the United States? All of the activities that Apotex did were based in Canada. And the U.S. Patents Government had extraterritorial reach to Canada. And Apotex was not planning on bringing this product to market. So if they're not planning on bringing this product to market, why should they be anticipating that they're going to get brought into court for some farm-making temperatures? That seems to be a different question as to whether they should have tested the thing. But what I'm trying to understand is what's the jurisdictional contention? Is it that any time there's a new ANDA, that's not within the scope of the injunction? In fact, the district court lacks authority to include a second ANDA within its original injunction? Or is it because it's a different product? Well, both. When you have a new ANDA filing, and Congress wants to encourage people to file new ANDAs, and even if you've been subject to a prior injunction where your prior product was found to infringe, if you go forward and do a new product, a new process, you're entitled to file a new ANDA. The injunctive relief that the district court was originally authorized to issue was not, I'm going to prevent you from filing any new ANDAs. The statute specifically says that the remedies are limited to ordering FDA because you cannot finally approve the ANDA, and you cannot commercially make you sell or offer for sale in a court. But if I understand the FDA statute correctly, that you could have a new ANDA which was directed to an absolutely identical product. I'm not talking about one that's different in any respect. Am I mistaken about that? Under FDA's regulations, we wouldn't be able to file that identical ANDA again. I don't necessarily see why any generic drug company would do that because for reasons of issue preclusion, claim preclusion, the fact that, you know, alternatives are available as a remedy under Section 285, it wouldn't make sense for somebody to go do that. I mean, we've been having a catch-22 litigation for over 25 years where plenty of generic companies have been adjoined. Nobody doesn't try to go do that to get around the injunction. What usually happens is what happened in the glass-open Novapharm case. In that case, Novapharm was bound to infringe by its first product because it conceded infringement and it only challenged validity. And when it lost, Novapharm went back, did a new ANDA, and during the course of the infringement proceedings, which was a full trial, not some contempt proceedings, but a full trial, Novapharm was able to demonstrate non-infringement. I still don't understand your point about why there's a lack of jurisdiction. You seem to just be repeating the statement that the Hatch Act remedies are limited. We know they're limited. We know what they are. You've written in the brief reminding us what they are and you've reminded us again. I don't see what that has to do with why the court would be said to lack jurisdiction to conduct a contempt proceeding for an apparent violation of its prior injunction. But there is no violation of the prior injunction. Well, that's the issue in the case. Right. But how could there be a violation of the prior injunction when the injunction itself was limited to telling FDA you can't approve that Torpharm ANDA and telling Abbatex you cannot commercially make, use, sell, offer for sale or import into the United States? That's all that the original injunction prohibited. And there's no dispute here that FDA didn't approve that ANDA and there's no dispute here that Abbatex was not bringing its product into the United States. And without a predicate act in violation of the injunction, how can there even be jurisdiction for a district court to hold a contempt proceeding? Well, because a repetitive filing would be contrary to the original injunction. But this wasn't a repetitive filing. Well, that's what the dispute was about that the contempt proceeding resolved. But as I understand you, you're saying Judge Posner was not allowed to have a contempt proceeding here. Was not allowed to adjudicate whether the product was the same or was materially changed. You seem to be saying he wasn't allowed to do anything. He had no jurisdiction. He was not allowed to open court that day. And I'm having a lot of trouble understanding how that could be so. Because there was no act by advocates in violation of that injunction. If the injunction doesn't prohibit advocates from doing something, I can't be in violation of the injunction. And it's being in violation of the injunction first and foremost that has to cause a contempt proceeding. You know, what's different about this case is that there has been no traditional adjudication of an act of infringement in a contempt proceeding. It doesn't help me for you to say traditional act of infringement because Congress has made filing an ANDA an act of infringement. No, that's not correct. What Congress has designated as an act of infringement is the submission of an ANDA with a paragraph four certification saying that is an error. That when you make a paragraph four certification you were wrong to represent that this commercial may be fed to reduce for sale of this product upon final FDA approval would be outside the scope of the patent or that the patents are invalid. The act of infringement is the submission of an erroneous paragraph four certification. I think that's why Congress created the paragraph four certification because all of the activities relating to filing the ANDA preparing the ANDA submission of the file preparation of the file badges that's all activities that is protected from infringement under the state cover provision. Let's talk about the filing of the second ANDA. That was done by Mr. Benyak and Judge Posner found that he was acting as a stalking horse for a patent. The person who files an ANDA according to the statute must have personal knowledge of the truth of the matters asserted in the ANDA. Mr. Benyak doesn't manufacture drugs. He had no basis to make the declaration because he didn't have any personal knowledge. That sounds like a stalking horse. I disagree with the assertion that Mr. Benyak did not have knowledge. That's not the case.  record indicates otherwise. New Farm is the sponsor of the ANDA. It's not unusual for generic drug companies to have contract manufacturers and have outsourced having biosearch done. That happens all the time. There's a reason why the bulk of the drug manufacturers are not based in the United States. They're based in India. A lot of them are based in China. They're based in Europe. These drugs are not necessarily manufactured in the United States. You use contract manufacturers to make this stuff and to do the bio studies. That in and of itself is not something that's particularly unusual here. Even if you want to get into this idea that Judge Posner did have jurisdiction here, at the very least architects should have been given the opportunity procedurally to go out and do the product to product comparison testing. We did do that testing. We got it to Judge Posner within a week after he had this hearing, which in and of itself was given up on a six day notice. He struck all of that evidence that showed that this is a different product. You can't say that these two products are identical. That's an argument that he abused his discretion by holding a summary contemplacy. Absolutely. And we contend that he did abuse his discretion by holding a summary contemplacy. There was no reason to be rushing through all this. And when we specifically asked Judge Posner for time to do these tests, we were under the impression that we would be given some opportunity to do these tests. We did present these tests and they contradicted the story that Abbott had given to the district court. And those tests and that evidence were stricken and not because it didn't comply with the federal rules of evidence and not because procedurally You had plenty of time to do your test. The first injunction in Abbott's reissued in March of 04, the second and application by New Farm was filed in March of 05. That's a year. Abbott sued New Farm in June of 05 and then the evidentiary hearing before Judge Posner took place in August of 06. We did not have the time because there was no reason for Abbott to contemplate it was going to get hauled into Trump's pseudo contempt proceedings when it wasn't even doing anything delivering any product to the United States. When were the expert reports due in the United States  when were the expert reports with the single  studies that Abbott decided that they wanted to go in front of Judge Posner? Isn't there a pretty good argument that even in the infringement suit it would have been too late to bring in these  expert findings that you sought to introduce before Judge Posner? No, that's  actually. Abbott filed its motion in front of Judge Posner before the deadline for New Farm to respond to the expert reports that Abbott filed. And the other thing too is in that case What was the date of the rebuttal expert reports? The rebuttal expert reports weren't due until September. Until September what? September of 2006 and then there would have been a further opportunity. So the hearing before Judge Posner was September of 2006 right? No, the hearing before Judge Posner was August 31st. So when would the expert reports due? The expert reports before Judge Pohmeier were due on more than say September 15th or September 6th. I would have to check the schedule in order to be exactly sure. And when did you submit the supplemental expert reports to Judge Posner? We submitted them on September 6th. So that was before the date that they would have been due to Judge Pohmeier? Right. And Judge Pohmeier suspended all of the reporting before her. But even in the context of Judge Pohmeier's litigation, this type of product-to-product testing, it's not usually relevant in the context of a normal hatch-waxman and sentiment action. I mean, in that case, New Farm had tested its product and found using what Judge Pohmeier had previously said was the only certain way to prove molecular structure, had that proof, and said that it was a non-infringing polymer. So there was, I mean, even in that case, there really was no motivation from New Farm to have gone and done a comparative test with its test for the New Farm case shown that it was a non-infringing polymer. So it's not as though New Farm was proceeding in bad faith in the context of its litigation. It had what was supposed to be the dispositive test. And that's why Appetex was particularly prejudiced. When at the hearing in front of Judge Palmer, there was no reason to do that type of product-to-product comparison testing      the single crystal X-ray test, because there was no reason to do that type of product-to-product comparison testing with            do that type of comparison with the single crystal X-ray test. And that's why Judge Palmer did not do that type of comparison with the single crystal X-ray test. And that's  Judge Palmer did not do that type of comparison with the single crystal X-ray test. And that's why we don't like this process that you use. We want you to do something different. You need to go run another bio study. So there's always some flux between what the application looks like at the beginning and the           comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with   crystal X-ray  And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of  with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with       that's why we   this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single  X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't           test. And that's why we don't like this type of comparison with the single crystal X-ray test. And            single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray    why we don't  this   comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this   comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type  comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this  of comparison with   crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the   X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type    the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison  the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of  with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't  type of comparison with the single crystal  test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single   test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's         single   test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type    the single   test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single   test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's            test. And that's why we don't like this type of comparison with the single crystal X-ray test. And   don't like this type  comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's  don't like this type   with  single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single  X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And             test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's      comparison  the single crystal  test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single   test. And that's why we don't like this type of comparison with the single crystal X-ray test. And   don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type  comparison  the single crystal  test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's  don't  type of  with the single   test. And that's why we don't like this type of comparison with the single crystal X-ray test. And  why we           test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single   test. And that's why we don't like this type of comparison with the single crystal X-ray test. And  why we don't like this type        test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single   test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't    comparison  the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this   comparison  the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we      with  single crystal  test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's  don't    comparison  the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't      the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal  test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't  type of  with the single   test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't    comparison  the single crystal X-ray test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't  type of comparison with the single crystal  test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this type      crystal  test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we  like this type  comparison  the single crystal  test. And that's why we don't like this type of comparison with the single crystal X-ray test. And that's why we don't like this  of    single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of  with      that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with    test.  that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we  like this type of  with the single crystal test. And that's why we don't like this type of comparison with the single crystal test.      type  comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type  comparison  the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we  like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with            comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal  And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with    test.  that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we  like this type of  with the single crystal test. And that's why we don't like this type of comparison with the single crystal test.    don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this   comparison     test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type   with the single  test.     like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And   don't  type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type  comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's            And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this    with      that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we  like this  of  with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And  why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test.   why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And  why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the     that's why we don't like this type  comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test.  that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And  why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's  don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with    test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison   single  test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the            with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with   crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't            why we don't like this type of comparison with the single crystal test. And that's why we don't like this type   with the   test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't  type  comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test.          the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison  the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test.  that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with            comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test.        comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the    And that's why we don't like this type of comparison with the single crystal test. And that's why we don't             don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single  test.  that's why we don't like this type of comparison with the single crystal test. And that's why we don't like this type of comparison with the single crystal test.     like this  of  with the single crystal test. And that's why we don't like this type of comparison with the single crystal test.        comparison with  single crystal test. And that's why we don't like this type of comparison with the single crystal test. And           crystal test. And that's why we don't like this type of comparison with the single crystal test. And that's why we   type of comparison with the single crystal test.